# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Jesús Garcia Prieto        CIVIL NO. 97-1375 (DRD)

v.

Defendant(s) José Alberto Colón Luna

| MOTION | ORDER |
|---|---|
| Docket entry no. 76 | ☒ GRANTED. In part. |
| Date: _____ | ☐ DENIED. |
| Title: Plaintiff's motion requesting release of non-resident bond | ☐ MOOT. |
| | ☐ NOTED. |
| The Court hereby orders the Clerk of the Court to release to Plaintiffs $405.00 without prejudice as to the contested balance. The Court reserves judgment as to the remaining $595.00 and Defendant's Bill of Costs. | RECEIVED AND FILED 00 MAR -7 AM 8:53 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. |

Date: 03/06/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Finance

77